[No. 13559-4-III.   Division Three.   November 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD EARL STRAMPHER, *Appellant*.

Appeal from a judgment of the Superior Court for Garfield County, No. 5103, Donald W. Schacht, J., entered September 8, 1993. *Reversed* by unpublished opinion per Munson, J., concurred in by Schultheis, A.C.J., and Thompson, J.

[No. 14936-6-III.   Division Three.   November 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY D. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 95-1-00011-0, John M. Lyden, J., entered May 24, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Munson, J.

[No. 15062-3-III.   Division Three.   November 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLYN LESLIE BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 95-1-00248-3, Carolyn A. Brown, J., entered July 21, 1995. *Reversed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 15185-9-III.   Division Three.   November 12, 1996.]

ANTONIO MENDEZ, JR., *Appellant*, v. C.V. GIBSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Franklin County, No. 94-2-50061-1, Philip Michael Raekes, J., entered August 24, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.